JAMES KENNEDY, APPELLANT, *v.* THOMAS L. HAR-
                    RIS, RESPONDENT.

Judgment and order denying new trial affirmed, with costs.
Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

THOMAS TEN EYCK, APPELLANT, *v.* JESSE RYDER,
FRANK RYDER AND MALCOLM RYDER, RESPONDENTS.

Judgment and order denying new trial affirmed, with costs.
Opinion by BARNARD, P. J.

GABRIEL TERRY, APPELLANT, *v.* JAMES DUDLEY, RE-
                    SPONDENT.

Judgment and order, denying new trial affirmed, with costs.
Opinion by DYKMAN, J.

EMILY M. CHAPMAN, APPELLANT, *v.* HENRY C. MOR-
                    RELL, RESPONDENT.

Judgment affirmed, with costs.
Opinion by BARNARD, P. J.

ASA MOREHOUSE, RESPONDENT, *v.* THE AGRICULTURAL
            INSURANCE COMPANY, APPELLANT.

Judgment and order denying new trial affirmed, with costs.
Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

STEPHEN W. McKEEVER, RESPONDENT, *v.* JOHN WEYER,
                    APPELLANT.

Order granting new trial affirmed, with costs.
Opinion by GILBERT, J.

LEOPOLD MICHEL, RESPONDENT, *v.* ALEXANDER LAIRD,
                    APPELLANT.

Judgment and order denying new trial, and order setting aside
verdict of jury, affirmed with costs.
Opinion by BARNARD, P. J.